1  Yasha Bronshteyn, Esq.
2  Ginzburg & Bronshteyn, LLP
3  11111 Santa Monica Boulevard, Suite 1840
4  Los Angeles, CA 90025
5  Tel. (310)914-3222
6  Fax (310)914-4242
7  Email: yashagbllp@yahoo.com
8  CA Bar Roll No. 210248
9
10 Wayne D. Lonstein, Esq.
11 Lonstein Law Office, P.C.
12 1 Terrace Hill, P.O. Box 351
13 Ellenville, NY 12428
14 Tel. (845) 647-8500
15 Fax (845) 647-6277
16 Email: Wayne@signallaw.com

17
18                 UNITED STATES DISTRICT COURT FOR THE
19                    NORTHERN DISTRICT OF CALIFORNIA
20                         SAN FRANCISCO DIVISION
21  ----------------------------------------------------------------
22  **JOE HAND PROMOTIONS, INC.,** as Broadcast
23  Licensee of the **November 15, 2008, UFC #91**
24  Broadcast,
25
26                      Plaintiff,                NOTICE OF DISMISSAL
27
28      -against-                                 Civil Action No. 3:09-CV-4039 TEH
29
30  SEAN PATRICK GRAHAM, Individually, and as
31  officer, director, shareholder and/or principal of
32  PATTERSON'S PUB, INC., d/b/a PATTERSONS
33  PUB, a/k/a PATTERSON'S PUB & GRILL, and
34  PATTERSON'S PUB, INC., d/b/a PATTERSONS
35  PUB, a/k/a PATTERSON'S PUB & GRILL,
36
37                      Defendants.
38  ----------------------------------------------------------------

39

40   **PLAINTIFF, JOE HAND PROMOTIONS, INC.,** hereby has compromised the within and

41   foregoing action, and no party named herein being an infant or incompetent, herewith notifies the

1   Court of the settlement of the above-styled action and moves to dismiss their claim against

2   Defendants with prejudice and without costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil

3   Procedure.

4   Dated:   October 8, 2009
5            Ellenville, New York

7                                       **JOE HAND PROMOTIONS, INC.**

9                                       BY: /s/ Wayne D. Lonstein
10                                      WAYNE D. LONSTEIN
11                                      LONSTEIN LAW OFFICE, P.C.
12                                      Attorneys for Plaintiff
13                                      1 Terrace Hill, P.O. Box 351
14                                      Ellenville, NY 12428
15                                      Email: Info@signallaw.com
16                                      Tel. (845) 647-8500
17                                      Fax (845) 647-6277

20                                      BY: /s/ Yasha Bronshteyn
21                                      YASHA BRONSHTEYN
22                                      Bar Roll No.  210248
23                                      GINZBURG & BRONSHTEYN, LLP
24                                      Resident Counsel for Plaintiff
25                                      11111 Santa Monica Blvd
26                                      Ste 1840
27                                      Los Angeles, CA 90025
28                                      Tel. (310)914-3222
29                                      Fax (310)914-4242

IT IS SO ORDERED
Judge Thelton E. Henderson
10/08/09
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA